## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF OHIO

Samuel Hoffmeyer, Pro Se
(ENTER ABOVE THE NAME OF THE PLAINTIFF IN THIS ACTION)

IF THE PLAINTIFF IS A PRISONER:  PRISONER # (761637)

vs.

Ohio Department of Corrections et al.
(ENTER ABOVE THE NAME OF THE DEFENDANT IN THIS ACTION)

IF THERE ARE ADDITIONAL DEFENDANTS PLEASE LIST THEM:

Warden Harris

Devin Hoover, Inst Inspector

Mr. Hudson, Prea Coordinator

Chris Lambert, Chief Inspector

J:20 CV 752

L:DLOTT

M.J. LITKOVITZ

FILED
RICHARD W. NAGEL
CLERK OF COURT
20 SEP 21 PM 2:15
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

**COMPLAINT**

I.    PARTIES TO THE ACTION:

PLAINTIFF:     PLACE YOUR NAME AND ADDRESS ON THE LINES BELOW. THE
ADDRESS YOU GIVE MUST BE THE ADDRESS THAT THE COURT MAY
CONTACT YOU AND MAIL DOCUMENTS TO YOU. A TELEPHONE
NUMBER IS REQUIRED.

Samuel Hoffmeyer (761637)
NAME - FULL NAME PLEASE - PRINT

Lebanon Correctional Inst,
ADDRESS: STREET, CITY, STATE AND ZIP CODE

State Route 63

Lebanon, Ohio 45036
TELEPHONE NUMBER

IF THERE ARE ADDITIONAL PLAINTIFFS IN THIS SUIT, A SEPARATE PIECE OF PAPER
SHOULD BE ATTACHED IMMEDIATELY BEHIND THIS PAGE WITH THEIR FULL NAMES,
ADDRESSES AND TELEPHONE NUMBERS. IF NO ADDITIONAL PLAINTIFFS EXIST CONTINUE
WITH THIS FORM.

PAGE 2 AND 3 OF THIS FORM DEAL ONLY WITH A PLAINTIFF THAT IS INCARCERATED
AT THE TIME OF FILING THIS COMPLAINT.

IF YOU ARE A PRISONER FILING A CIVIL SUIT THE FOLLOWING INFORMATION IS REQUIRED:

PREVIOUS LAWSUITS:

A. HAVE YOU BEGUN OTHER LAWSUITS IN STATE OR FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION OR OTHERWISE RELATING TO YOUR IMPRISONMENT? YES ( ) NO ( )

B. IF YOUR ANSWER TO A IS YES, DESCRIBE THE LAWSUIT IN THE SPACE BELOW. (IF THERE IS MORE THAN ONE LAWSUIT, DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THE SAME OUTLINE.)

    1. PARTIES TO THIS PREVIOUS LAWSUIT

        PLAINTIFFS:

        DEFENDANTS:

    2. COURT (IF FEDERAL COURT, NAME THE DISTRICT: IF STATE COURT , NAME THE COUNTY)

    3. DOCKET NUMBER

    4. NAME OF THE JUDGE TO WHOM THE CASE WAS ASSIGNED

    5. DISPOSITION (FOR EXAMPLE, WAS THE CASE DISMISSED? WAS IT APPEALED? IS IT STILL PENDING?)

    6. APPROXIMATE DATE OF THE FILING OF THE LAWSUIT

    7. APPROXIMATE DATE OF THE DISPOSITION

PLACE OF PRESENT CONFINEMENT

Lebanon Correctional Inst. (LeCI)

A.    IS THERE A PRISONER GRIEVANCE PROCEDURE IN THIS INSTITUTION?
      YES (✓) NO ( )

B.    DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT IN THIS STATE
      PRISONER GRIEVANCE PROCEDURE? YES (✓) NO ( )

C.    IF YOUR ANSWER IS YES:

      1.    WHAT STEPS DID YOU TAKE?

            Filed Prea Complaint Pursuant to
            79-ISA-02 on DayRoom Kiosk Pursuant
            AR 5120-9-31.

      2.    WHAT WAS THE RESULT?

            I was placed on grievance Restriction
            Pursuant to 5120-9-31 (E) by Inspctor
            (ODRC) (LeCI)

D.    IF YOUR ANSWER IS NO, EXPLAIN WHY NOT.

      I was denied my right to grieve the
      Conditions of my Confinement and
      Exhust my administrative Remedies

E.    IF THERE IS NO PRISON GRIEVANCE PROCEDURE IN THIS INSTITUTION, DID
      YOU COMPLAIN TO PRISON AUTHORITIES? YES ( ) NO ( )

F.    IF YOUR ANSWER IS YES:

      1.    WHAT STEPS DID YOU TAKE?

      2.    WHAT WAS THE RESULT?

**DEFENDANTS:**

**PLACE THE NAME AND ADDRESS OF EACH DEFENDANT YOU LISTED IN THE CAPTION ON THE FIRST PAGE OF THIS COMPLAINT. THIS FORM IS INVALID UNLESS EACH DEFENDANT APPEARS WITH FULL ADDRESS FOR PROPER SERVICE.**

1. Annette Chambers-Smith DRC Director
   NAMES - FULL NAME PLEASE
   4545 Fisher Road, Suite D Columbus, Oh 43228
   ADDRESS - STREET, CITY, STATE AND ZIP CODE

2. (LeCI) warden Haris
   State Route 63

3. Lebanon, Ohio   45036

4. (LeCI) Prea Compliance manage mr. Hudson
   State Route 63

5. Lebanon Ohio,   45036
   (LeCI) Devin Hoover

6. State Route 63 Lebanon, Ohio 45036
   Chief Inspector  Chris Lambert
   4545 Fisher Road, Suite D Columbus, Ohio 43228

**IF THERE ARE ADDITIONAL DEFENDANTS, PLEASE CONTINUE LISTING THEM.**

**STATEMENT OF CLAIM**

PLEASE WRITE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. DESCRIBE HOW EACH DEFENDANT IS INVOLVED. INCLUDE THE NAME OF ALL PERSONS INVOLVED. GIVE DATES AND PLACES.

DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES.

IF YOU HAVE A NUMBER OF DIFFERENT CLAIMS; PLEASE NUMBER AND SET FORTH EACH CLAIM IN A SEPARATE PARAGRAPH. USE AS MUCH SPACE AS YOU NEED. YOU ARE NOT LIMITED TO THE PAPERS WE GIVE YOU. ATTACH EXTRA SHEETS THAT DEAL WITH YOUR STATEMENT CLAIM IMMEDIATELY BEHIND THIS PIECE OF PAPER.

( Addendum to Complaint )

While under direct Custody of the (ODRC) Specifically (LeCI) Lebanon Correctional Institution by Director Chambers-smith and warden Haris, Inmate Plaintiff was Sexually assaulted and subject to Prea Classification and Protocol by Prea Coordinator mr. Hudson but was not.

After filing (5) Informal complaints due to Sexual Assault and (6) due to failure to respond and to follow Prea Protocol 79-ISA-04 and Seperation from Abuser's. I was placed on Grievance restriction for reasons leading to further abuse and present imminent danger and Serious Physical Injury by (LeCI) Inst. Insp Devin Harver and Chief Insp Chris Lambert. Further, this was strategy to creat censorship and estopple and Prevented my access to courts and my wright to Redress. The Grievance Restriction was inappropriately imposed. Here, Prea Procedure requires AR5120-9-31 Inmate Grievance Procedure. Here, I was further subject to additional Sexual Abuse with no way to communicate and exhust my administrated Remedies or be Safe from Sexual Abuse or Complain to Staff about imminent Sexual Abuse.

(continued)

**RELIEF**

IN THIS SECTION PLEASE STATE (WRITE) BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO
DO FOR YOU. MAKE NO LEGAL ARGUMENT, CITE NO CASES OR STATUTES.

I would like for this court to: ( Addendum to )

1). Grant Legal writ to Plaintiff against (ODRC)
Director Chamber-smith and warden Haris to
immediatly seperate Plaintiff from (C/o) Abavie at (LeCI)
Institutional transfer. Per the Protocol 79-ISA-04.

(2) Issue order to Chief Inspector Lambert and (LeCI)
Inst. Insp D. Abave to not impose grievace restrictions
against Inmates/Inmate Hoffmeye as classified as a
Potential victim due to multiple assaults since
his incarceration began in April 2018. due to filing
thea complaints via 5120-9-31. and 79-ISA-02

(3) Issue order for Chief Inspector and (LeCI) Inspector
to Provide a Paper copy of his exhusted Informal
complaints with DRC findings so he may further
Supply this court with a copy. Per 42 U.S.C § 1997(e)(a)
and be able to file additional suits for (LeCI) (meI)
(LaeCI) (LorCI) (manCI) Institutions.

SIGNED THIS 11th DAY OF September 20 20.

_Samuel Helbin_
SIGNATURE OF PLAINTIFF

Addendum to Statement of Claim (continued)

1). Here, after corresponding with ODRC Director about having been assaulted at Lebanon Correctional Institution and sending correspondence as to Prea Coordinator mr. Hudson Compliance manager's refusal to respond and prosecute Abuser's and Prea non-compliance violations She was Deliberatly Indiffent in Responding to drc Policy 79-ISA-02 Reporting Response and violation of Prison Rape Elimination Act. (Prea) Director, Annett Chamber-Smith.

2). On September 14, 2020 warden Harris after having been made aware that I was sexually Assaulted by Inmates within (LeCI) and requested to report sexual assaults Per Prea Protocol 79-ISA-02 and under D. Hoover's Grievance Restriction. Warden Harris placed restrictions on me through Designee ms. myers. Here, the restriction such E-mailing security staff S/o's while in Isolation instructing them not allow me corresponding material Grievance Form Pursuant to 5120-9-31. and Kite form DRC 2006. medical healtcare Form DRC 3373. Here, after having been sexually assaulted I began to exsperance Rectal Bleeding. I am currently being Isolated with one of the abuser's This violating the Separation Requirements of Prea 79-ISA-62)(04) Reporting and accommodation. Here, the restrictions imposed Knowingly created an estopple to allow me to voice and document the Conditions of my Confinement pursuant Prison Litigation Reform Act.

(i) a Deliberate Indiffence to Plaintiff/Inmate having been repeadly Sexually Assaulted and Federal (PREA) Act. Protocol.

(b). Denial of medical healtcare treatment 8th Amd.

(c). Refused Plaintiff notory Public for Affidaits.

737

Addendum to Statement of Claim (continued)

(c) right to Exhust Administrative remedies per 42 U.S.C §
1997 and Ohio administrative rule 5120-9-31. (PLRA)

(d) violations of Fedeal (PREA) Act. 79-ISA-02 Reporting

(e) violation of Fedeal (PREA) Act. 79-ISA-04 Sepeation and
accommodation. (LeCI) Warden Haris

3). Here, Prea Coordinator is Indiffent for not imposing
administrative and Prea Policy/ Protocol Pursuent to 79-ISA-02,04
Reporting, Response, Sepeation Institutionally and Housing.
1 (a). Refused to respond to Prea Complaint brought through
AR5120-9.31. (LeCI) Prea Compliance menage mr Hudson.

(b) Failed to impose Prea protocol 79-ISA-04 Sepeation from
(6) Six Abuse's Institutional Sepeation and classification of
Abuse's as potential Aggresse's Pre DRC Statewide DOTS Database.

(c). Did not conduct Prea Investigations.

(d). Did not Provide timely Rape forensis medical Exam or
Conveye Inmate Hoffmeye to medical Hospitel For S.A.I.N
Rape Kit Procedure. 8th Amd and d

(e) Compliance menage- Failed to classifie Plaintiff as potential
victim after repeaded sexual Assaults by (6) inmates (LeCI).
Violating (PREA) Protocol 79-ISA-(04)(02) classification. (4)(a)(b)

(F). Prea Compliance menage- did not impose 30/60/90 day assessment
and monitoring Strategy.

(c). Prea Compliance menage- did not Provide Rape Counseling
or mental Health Services   8th Amd Prea Protocol 79-ISA-04 VI
(A)(3) (C)(1)(2)(a)(b)(c)(d)(e), (C)(3) (a)(b).

Prea Coordinator, Compliance menage- mr. Hudson (LeCI)

Addendum to Statement of Claim (continued)

(4) Further, (LeCI) Institutional Inspector, Devin Hoover, refused to responde to (6) Prea Complaints due to Sexual assaults and (5) Informal complaints due to Prea Protocol violations. As result Inspector Hoover contacts chief Inspector, Chris Lambert in turn both Parties Author a document imposing Grievance Restriction Pursuent to 5120-9-31(E). on June 12, 2020. due to my utilizing Inmate Grievance System. 5120-9-31 to complain about conditions of my Confinement and Issues of imminent danger of serious physical injury, Further, (LeCI) Inspector D. Hoove refused to gransever the (11) Informal Complaints so he could go to grievance step then Appeal step. The Complaints where not able to be exhusted as requisite 42 U.S.C § 1997. This creating legal estopple in wanton act. However, there was legal stipulation within authored grievance Restriction indicating Plaintiff must have Issue to be grieved First approved by Inspector D. Hoove, here if it empumented illegalent conduct by (LeCI) Staff it could be rejected. If I brought the Prea Issues he would Just deny them. This creating a monopoly and estopple to my legal Requirement to Exhust my Addministrative Remedies as required by 5120-9-31.

Here, this Procedure by Both Chief Inspector Chris Lambert and Institutional Inspector was by Prior Calculation and design to minimize and prevent Plaintiff from access to courts and His right to Redress. Ohio and Federal Constitutions. After the imposition of the Grievance Restriction and Stipulated language of document Plaintiff was denied Inmate Kite correspondence documents and the JPay Kiosk was deactivated

Pg 9.

Addendum to Statement of Claim (Concluded)
For my ability to electronically submit complaints
per S120-9-31. Plaintiff made (11) request for
exsiting decisions of forgoing complaints. Authored
Prior to Restriction I was told "No" Your on Restriction.
I also indicated the complaints where authored Prior to
Restriction and where not subject to stipulations of
imposed Restriction. I further, requested stipulated
approved complaint documents for Prea Violations
and non-compliance thereof. Additional Retaliation
by Staff and Inmates Iwas denied. At this point
on may 29, 2020 afte Sexual assault by Inmate allen
I Sought Protective Custody by Captain Frisby. I
have been Isolation from may 29, 2020 till Sept 14, 2020
(4) months, I have been denied Informel compleints
due to human Right to healthcare and mentel
health counsiling Post-Sexual Assault victim. I am
being Refused Inmate/Abuse Seperation and being
denied Institutional Transfer Per Prea Protocol. I have
been denied my freedoms and Previleges as othe
Inmates enjoy. I am in fear for my life and fear for the
Sexual Abuse. DRC(ciCI) Staff is refusing to Prosecute
Inmates committing Felony Sexual assaults Such as
Rape and Gross Sexual Imposition. I have absaute
right to be free from Sexual mis-conduct while unde
duress of Incarecration and my Legislative Right
gaurentee by Prison Rape Elimination Act.

Pg 10.

State of Ohio )
Warren County ) ss.          Inmate Statement

While under the Direct Custody of the Ohio Department of Rehabilitation and Correction, Specifically, Lebanon Correctional Institution, Warden, Harris as Inmate (A761637) Samuel Hoffmeyer, State the following:

1) That while Performing my Job Duties as B Schedule cook For Aramark Inc. I was approached by Inmate Allen another B schedule cook in (LeCI) Kitchen-Panroom.

2) After being approached from behind Inmate Allen with exsposed Pennis Placed his hands around my waste and thrusted himself in Forward "Humping" motion.

3) That during the assault Inmate Allen's Pennis made contact with the Cleavage of my Buttock and Lower back.

4) That Inmate Allen during assault Continued repeatedly thrusting his genietalia against me forcing me violently against Stainless Steel sink Counter Top.

5) After assault I went to Aramark Supervisor mr. meadows indicating I had been Sexually Assaulted but was refused Prea incident Report / Aramark Report. Inmate Further Sayeth Naught.

9-14-20                          Samuel Hoffmeyer (761637)
_____                      _____
Date                             Samuel Hoffmeyer, Inmate
                                 Lebanon Correctional Inst.
          1 of 1 pages    pg 11  (Caseno, 1:20-cv-637)

State of Ohio )
                    ) ss.                    Inmate Statement
Warren County )


    While under the direct custody of the Ohio Department of
Rehabilitation and Correction, Director, Annett Chambers-Smith,
Specifically, Lebanon Correctional Institution, warden Harris, as
Inmate (A761637), Samuel Hoffmeyer, do state the following:

1). That while in cofines of housing Unit 1-A cell 2-A-25, on
march 17, 2020, Inmate John Taylor did by force do the
following:

1). Inmate Taylor States, " Your Just trying to get me to talk".
   he then forces his finger into my mouth and Gum.

2) Inmate Taylor States, "Proofs in the Pudding". He then
forces his finger into my Pubic Area making contact with
my genitalia.

3). Inmate Taylor makes inappropriate comment as to the
Smell of my Gas/Fart. He then by force Places his finger into
the Cleavage of my Buttock touching me above my Rectal Area.
    Inmate Further Sayeth Naught.


    I, Inmate, Samuel Hoffmeyer, do swore that the above
Statement is True and accurate.

                              Samuel Hoffmeyer (761637)
   9-14-20                    Samuel Hoffmeyer, Inmate
   Date                       Lebanon Correctional Inst.
                              (Case no. 1:20-cv-637)


                    PG 12

State of Ohio } ss.
Warren County }          Inmate Statement


while under the Direct Control of the Ohio
Department of Rehabilitation and Correction,
Director, Annette Chambers-Smith, Specifically,
Lebanon Correctional Institution, Warden, Harris as
Inmate CAN6(637), Samuel Hoffmeyer, do State the
following:

1). That while being housed in housing unit-B
Inmate Derrick warrem# 621-655 did the following:
2) Inmate warrem did approach me stating,
"Iam Black Jesus", I do what I want."
3) Inmate warrem did by force grab fondel my
Pennis/Testicals.
4). Inmate warrem Further threatened to Kill me.
5). That after Sexual Assault, I was Placed into
R-Block Isolation with Inmate warrem where I was
Further Sexually Harassed on August 10, 2020. I
was Further threatened to be Raped.
Inmate Further Sayeth Naught.


 I, Samuel Hoffmeyer, do sware that the above
is True and accurate.


9-14-20                     Samuel Hoffmeyer (761637)
Date                        Samuel Hoffmeyer, Inmate
                            Lebanon Correctional Inst.
                            (Case no, 1:20-cv-637)

1 of 1 pages          Pg 13

State of Ohio )
                ) ss.
Warren County )          Inmate Statement

While under the direct custody of the Ohio Department of
Rehabilitation and Correction, Director, Annett Chambers-smith
Speciically, Lebanon Correctional Institution, warden Harris, as
Inmate (A766635), Samuel Hoffmeyer, do state the following:

1). That while housed in housing Unit D in cell 1-D-5 Inmate
Brian Slone did by force the Following:
    2). That Inmate Slone did Place his Left finger into my
right eye,
    3). That Inmate Slone while Placing finger into my eye, he
administered Drug / Intoxicant, Soboxine.
    4). That Inmate Slone while Placing his Left finger into my
right eye, did Further Place his right hand onto my Left
Buttock, Squeezing his fingers Further penetraiting the cleavage
of my buttock and Rectum. on April 30, 2020.
        Inmate Further Sayeth Naught.

    I, Inmate, Samuel Hoffmeyer, do sware that the above
Statement is True and accurate.

                        Samuel Hoffmeyer (766635)
9-14-20                 Samuel Hoffmeyer, Inmate
                        Lebanon Correctional Inst.
                        (case no. 1:20-cv-637)

                    Pg 14

State of Ohio)
Warren County } ss.        Inmate Statement

While under the direct Custody of the Ohio Department of Rehabilitation and Correction, Director, Annett Chember-Smith Specifically, Lebanon Correctional Institution, Warden Harris, as Inmate (A761637), Samuel Hoffmeyer do state the following:

1). While housed in housing Unit B cell 2-B-16 Inmate Josh Vititoe by force do the following:

2) That Inmate Vititoe Stood next to my Bunk, and directly above my head while exsposing himself masturbated.

3). Inmate Vititoe while masturbating did ejaculate.

4). Inmate Vititoe's ejaculant/bodily secreation did make contact with my mouth, nose, eye, and ear.

Inmate Further Sayeth Naught.

I, Inmate, Samuel Hoffmeyer, do sware that the above Statement is True and accurate.

9-14-20                    Samuel Hoffmey (A761637)
_____                 _____
Date                       Samuel Hoffmeyer, Inmate
                           Lebanon Correctional Inst.
                           (case no. 1:20-cv-637)

Pg 15

State of Ohio)
Warren County ) SS.     Inmate Statement


     While under the direct custody of the Ohio Department of Rehabilitation and Correction, Director, Annett Chambers-Smith Specifically, Lebanon Correctional Institution, Warden Harris, as Inmate (A761637) Samuel Hoffmeyer, do state the following:

1). That while housed in housing Unit B in cell 2-B-16 on April 17, 2020, Inmate Julian Brooks did by Force the following:

2). That Inmate Brooks did attempt to Anally Rape me by Forcing his Pennis into the Cleavage of my Buttck and against my Rectum.

3). That Inmate Brooks by Force Pulled my hair and head mouth onto his Pennis where I was Forced to have Oral Sex.

4) That Inmate Brooks did by Force rape me orally. Inmate Further Sayeth Naught.


     I, Inmate, Samuel Hoffmeyer, do sware that the above Statement is True and accurate.


                  _Samuel Hoffmeyer_ (761637)
                  Samuel Hoffmeyer, Inmate
9-14-20          Lebanon Correctional Inst.
Date             (Case no. 1:20-cv-(637)

LeCI FREE MAIL

S. Hoffmeyer~ (761637)
Lebanon Correctional Inst.
State Route 63
Lebanon, Ohio 45036

INMATE
CORRESPONDENCE



U.S. POSTAGE ⟫ PITNEY BOWES

ZIP 45036 $ 000.50⁰
02 1W
0001402204 SEP 17 2020

U.S. Courthouse Southern Dist.
100 East 5th Street Suite 103
Cincinnati, Ohio          45202

4520283976 C023