IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Samuel Hoffmeyer, | : | |
| | : | |
| Plaintiff(s), | : | |
| | : | Case Number: 1:20cv752 |
| vs. | : | |
| | : | Judge Susan J. Dlott |
| Ohio Department of Corrections, et al., | : | |
| | : | |
| Defendant(s). | : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on October 27, 2020 (Doc. 4), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired November 10, 2020, hereby ADOPTS said Report and Recommendation.

Accordingly, this action is DISMISSED with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B).

The Court certifies pursuant to 28 U.S.C. §2925(a)(3) that an appeal of any Order adopting the Report and Recommendation will not be taken in good faith, therefore plaintiff is DENIED leave to appeal *in forma pauperis*. *See McGore v. Wrigglesworth,* 114 F.3d 601 (6rh Cir. 1997)

IT IS SO ORDERED.

Judge Susan J. Dlott
United States District Court